# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jose Manuel Sotelo-Figueroa | ) |
| | ) |
| Date of Original Judgment:      Nov. 20, 2013 | ) |
| Date of Previous Amended Judgment:   N/A | ) |
| *(Use Date of Last Amended Judgment if Any)* | ) |

Case No:    3:13-00011

USM No:   21480-075

Dumaka Shabazz
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

        Upon motion of   X   the defendant   ❏   the Director of the Bureau of Prisons   ❏   the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

      ❏   DENIED.    X   GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     eighty-seven (87)     months **is reduced to**     seventy (70) months     .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    Nov. 20, 2013    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:      December 8, 2014

*Todd Campbell*
*Judge's signature*

Effective Date:    November 1, 2015             Todd J. Campbell, U.S. District Judge
*(if different from order date)*                        *Printed name and title*